LA Printex Industries, Inc. v. Forever 21, Inc. et al                                      Doc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-07-3195-R**                          **DATE: SEPT. 13, 2007**

**TITLE: LA PRINTEX INDUSTRIES INC -V- FOREVER 21 INC et al**
==================================================================

**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

**William Horrell**                                  **N/A**
**Deputy Clerk**                                     **Court Reporter**

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANT:

**Not present**                                      **Not present**

PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF
                            PROSECUTION

THIS MATTER IS SET ON CALENDAR ON SEPTEMBER 24, 2007 AT

11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE

DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF

DEFENDANTS TO FILE AN ANSWER OR PLAINTIFFS TO

OBTAIN ENTRY OF DEFAULT OF DEFENDANTS.  PRESENCE OF

COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO APPEAR

WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record (by optical scanning)

MINUTES FORM II
CIVIL - GEN



Initials of Deputy Clerk __WH__

