ENTER JS-6

ENTERED
CLERK, U.S. DISTRICT COURT
SEP 20 2007
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
SEP 19 2007
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA PRINTEX INDUSTRIES INC, | Case No. CV-07-3195-R |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| FOREVER 21 INC et al, | |
| Defendants. | |

THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if the settlement is not consummated. The Court reserves its jurisdiction for the purpose of enforcing the settlement.

Dated Sept. 19, 2007

_____
MANUEL L. REAL
United States District Judge

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)